No. 353. BENJAMIN OR BEN HARMON *v.* JOSEPH W. TYLER. Error to the Supreme Court of the State of Louisiana. Argued March 8, 1927. Decided March 14, 1927. *Per Curiam.* Reversed on the authority of *Buchanan* v. *Warley,* 245 U. S. 60. *Mr. Loys Charbonnet,* with whom *Mr. Frank B. Smith* was on the brief, for plaintiff in error. *Messrs. Francis P. Burns* and *Walter W. Wright,* with whom *Mr. J. Zack Spearing* was on the brief, for defendant in error.

---

No. 811. FRANK W. KEELER *v.* STANLEY MYERS, DISTRICT ATTORNEY, ETC., AND THOMAS M. HURLBURT, SHERIFF. Error to and petition for writ of certiorari to the Supreme Court of the State of Oregon. Argued March 9, 1927. Decided March 14, 1927. *Per Curiam.* Writ of error dismissed for want of jurisdiction under § 237 of the Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936); and, the Court treating the writ of error as an application for certiorari, denies the certiorari. *Mr. Peter Q. Nyce,* with whom *Mr. Martin L. Pipes* was on the brief, for plaintiff in error. *Mr. Stanley Myers* was on the brief for defendants in error.